```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08487
   KENNETH COBBS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9526

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/17/2006 and was confirmed 09/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/12/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
MID CITY LUMBER & SUPPLY SECURED            3830.01          .00            .00
WELLS FARGO HOME MORTGAG CURRENT MORTG          .00          .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE       738.20          .00         738.20
HITCHCOCK AND ASSOCIATES PRIORITY       NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER  NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER  NOT FILED            .00            .00
THOMAS R HITCHCOCK       REIMBURSEMENT      64.50            .00          64.50
WASHINGTON MUTUAL        NOTICE ONLY    NOT FILED            .00            .00
THOMAS R HITCHCOCK       DEBTOR ATTY     2,500.00                      2,500.00
TOM VAUGHN               TRUSTEE                                         200.67
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             3,503.37

PRIORITY                                    64.50
SECURED                                    738.20
UNSECURED                                     .00
ADMINISTRATIVE                           2,500.00
TRUSTEE COMPENSATION                       200.67
DEBTOR REFUND                                 .00
                  ---------------     ---------------
TOTALS              3,503.37             3,503.37



               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08487 KENNETH COBBS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```